FILED
SEP 22 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 92cr0877-GT |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF INDICTMENT AND RECALL OF BENCH WARRANT |
| MAURO MEDINA-FLORES (2), | |
| Defendant. | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant MAURO MEDINA-FLORES (2), be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the bench warrant for MAURO MEDINA-FLORES (2), be recalled.

DATED: 9-22-11

HONORABLE GORDON THOMPSON, JR.
United States District Court

AWR:kaj
9/21/11