**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MAURO MEDINA-FLORES (2),

        Defendant.

CASE NO. 92CR0877-GT

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_ the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) and 18:2 - Possession of Marijuana with Intent to Distribute and Aiding and Abetting.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/22/11

GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE